**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order

United States Courts
Southern District of Texas
FILED

*October 22, 2025*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS   Nathan Ochsner, Clerk of Court
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER **4:25-cr-00560** |
| | § | UNDER SEAL |
| ADA NGOZI OTUKA | § | |
| AKA MERCY ADANMA OTUKA | § | |
| AKA MERCY NMN OTUKA | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about October 24, 2020, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ADA NGOZI OTUKA
AKA MERCY ADANMA OTUKA
AKA MERCY NMN OTUKA,

did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives.

In violation of Title 18, United States Code, Section 611(a).

### COUNT TWO

On or about October 25, 2024, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ADA NGOZI OTUKA
AKA MERCY ADANMA OTUKA
AKA MERCY NMN OTUKA,

did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives.

In violation of Title 18, United States Code, Section 611(a).

## COUNT THREE

On or about October 24, 2020, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ADA NGOZI OTUKA
AKA MERCY ADANMA OTUKA
AKA MERCY NMN OTUKA,

an alien, knowingly made a false statement and claim that she was a citizen of the United States in order to register to vote in a Federal, State, and local election, in that she falsely stated and claimed that she was a United States citizen when filling out her statement of residence to vote in Fort Bend County, Texas.

In violation of Title 18, United States Code, Section 1015(f).

## COUNT FOUR

On or about April 15, 2025, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ADA NGOZI OTUKA
AKA MERCY ADANMA OTUKA
AKA MERCY NMN OTUKA,

knowingly attempted to procure citizenship and naturalization for herself, contrary to law by knowingly providing false and fraudulent information as to material facts and omissions under penalty of perjury in her Application for Naturalization, to wit: Failing to complete Information About Your Marital History, Part 5 of the application.

In violation of Title 18, United States Code, Section 1425(a).

## COUNT FIVE

On or about April 15, 2025, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ADA NGOZI OTUKA
AKA MERCY ADANMA OTUKA
AKA MERCY NMN OTUKA,

knowingly attempted to procure citizenship and naturalization for herself, contrary to law by knowingly providing false and fraudulent information as to material facts and omissions under penalty of perjury in her Application for Naturalization, to wit: Falsely stating in Part 9(1) that she had never claimed U.S. citizenship.

All in violation of Title 18, United States Code, Section 1425(a).

A TRUE BILL

**Original Signature on File**

FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By: _____
LIESEL ROSCHER
Assistant United States Attorney