Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED
November 12, 2025
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER 4:25-cr-560S |
| | § | UNDER SEAL |
| ADA NGOZI OTUKA | § | |
| AKA MERCY ADANMA OTUKA | § | |
| AKA MERCY OTUKA | § | |

SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

From on or about October 24, 2020, through November 3, 2020, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ADA NGOZI OTUKA
AKA MERCY ADANMA OTUKA
AKA MERCY OTUKA,

an alien, knowing she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, and Member of the House of Representatives.

In violation of Title 18, United States Code, Section 611(a).

COUNT TWO

From on or about October 25, 2024, through November 5, 2024, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ADA NGOZI OTUKA
AKA MERCY ADANMA OTUKA
AKA MERCY OTUKA,

an alien, knowing she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, and Member of the House of Representatives.

In violation of Title 18, United States Code, Section 611(a).

COUNT THREE

From on or about October 5, 2020, through on or about October 24, 2020, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ADA NGOZI OTUKA
AKA MERCY ADANMA OTUKA
AKA MERCY OTUKA,

an alien, knowingly made a false statement and claim that she was a citizen of the United States in order to register to vote in a Federal, State, and local election, in that she falsely stated and claimed that she was a United States citizen when filling out her voter registration and statement of residence to vote in Fort Bend County, Texas.

In violation of Title 18, United States Code, Section 1015(f).

COUNT FOUR

On or about April 15, 2025, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ADA NGOZI OTUKA
AKA MERCY ADANMA OTUKA
AKA MERCY OTUKA,

knowingly attempted to procure citizenship and naturalization for herself, contrary to law by knowingly and willfully making material false statements under penalty of perjury in her N-400 Application for Naturalization, in violation of 18 U.S.C. Section 1001, to wit:

(1) falsely stating "no" in Part 9 question 15.a. to whether she had previously EVER committed, agreed to commit, asked someone else to commit, helped commit, or tried to commit a crime or offense for which you were NOT arrested; whereas in truth, the defendant had falsely and willfully represented herself as a U.S. citizen on October 9, 2012; October 31, 2017; and November 7, 2018, in her applications for Texas Driver License or Identification Card DL 43 forms.

In violation of Title 18, United States Code, Section 1425(a).

COUNT FIVE

On or about April 15, 2025, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ADA NGOZI OTUKA
AKA MERCY ADANMA OTUKA
AKA MERCY OTUKA,

knowingly attempted to procure citizenship and naturalization for herself, contrary to law by knowingly and willfully making material false statements under penalty of perjury in her N-400 Application for Naturalization, in violation of 18 U.S.C. Section 1001, to wit: Falsely stating in Part 9(1) that she had never claimed U.S. citizenship.

In violation of Title 18, United States Code, Section 1425(a).

COUNT SIX

On or about April 15, 2025, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ADA NGOZI OTUKA
AKA MERCY ADANMA OTUKA
AKA MERCY OTUKA,

knowingly attempted to procure citizenship and naturalization for herself, contrary to law by knowingly and willfully making material false statements under penalty of perjury in her N-400 Application for Naturalization, in violation of 18 U.S.C. Section 1001, to wit:

(1) In Part 11 where she verified that "all of the responses and information contained in, and submitted with, my application, and that all of the responses and the information are complete, true, and correct." However, she failed to complete Part 5, Information about Your Marital History.

(2) In Part 11 where she verified that "all of the responses and information contained in, and submitted with, my application, and that all of the responses and the information are complete, true, and correct." However, she failed to complete Part 2 (2), ("Other Names You Have Used Since Birth") when she has used multiple names previously, including on her prior marriage certificate, "Mercy Adanma Otuka."

(3) Provided false information in Part 9 (17.c) when she answered "no" to whether or not she had been married to more than one person at a time, whereas in truth and fact as the defendant well knew, she had been married to R.Y. on April 8, 1994, and divorced J. A-M. on August 17, 1995.

All in violation of Title 18, United States Code, Section 1425(a).

A TRUE BILL:

Original Signature on File

FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By: ______________________
LIESEL ROSCHER
Assistant United States Attorney