**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL No. 4:25-CR-00560** |
| | § | |
| **ADA NGOZI OTUKA** | § | |
| **aka MERCY ADANMA OTUKA** | § | |
| **aka MERCY NMN OTUKA** | § | |

**DEFENDANT ADA NGOZI OTUKA'S UNOPPOSED MOTION TO MODIFY**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Ada Ngozi Otuka ("Defendant"), through the undersigned counsel, moves to modify the conditions of release set by the Court's Order of November 17, 2025 (ECF 17), to permit travel outside the Southern District of Texas on the following dates:

1. Ms. Otuka would travel alone by personal vehicle to Chicago, Illinois, from Saturday, September 12, 2026, through Wednesday, September 16, 2026, to visit her eldest daughter.

2. Ms. Otuka would travel by personal vehicle to New Brunswick, New Jersey, from Thursday, September 17, 2026, through Monday, September 21, 2026, possibly accompanied by her eldest daughter to visit her younger daughter.

3. Ms. Otuka would travel by personal vehicle to Scottsdale, Arizona, from Wednesday, October 21, 2026, through Monday, October 26, 2026, possibly accompanied by one daughter and her son, to attend her nephew's wedding.

Ms. Otuka has been fully compliant with all conditions of release.

Based on the foregoing, Defendant Ada Ngozi Otuka respectfully prays that this motion be in all things granted and that she may be afforded and all further relief, in law and equity, to which she is justly entitled.

DATED and FILED: August 27, 2026.

Respectfully submitted,

By: */s/ Michael J. Wynne*

Michael J. Wynne
TX Bar No. 00785289
James L. Turner
TX Bar No. 20316950
GREGOR WYNNE ARNEY, PLLC
4265 San Felipe, Suite 700
Houston, Texas 77027
Telephone: (281) 450-7403
mwynne@gwafirm.com
jturner@gwafirm.com

ATTORNEYS FOR DEFENDANT
ADA NGOZI OTUKA

## CERTIFICATE OF CONFERENCE

I certify that I conferred with the Assistant United States Attorney and that absent any new pretrial violations, AUSA Liesel Roscher is unopposed to this motion. I have attempted to confer with the U.S. Probation Officer assigned to this case, but as of the time of filing, I have not heard back from her.

By: */s/ Michael J. Wynne*
Michael J. Wynne

## CERTIFICATE OF SERVICE

I certify that on August 27, 2026, a true and correct copy of the foregoing instrument was served upon counsel of record by notice of electronic filing.

By: */s/ Michael J. Wynne*
Michael J. Wynne