**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Case No. 4:25-CR-560** |
| | § | |
| **ADA NGOZI OTUKA** | § | |
| AKA Mercy Adanma Otuka | § | |
| AKA Mercy Otuka | § | |

**DEFENDANT'S STATEMENT OF NO OBJECTION TO PRESENTENCE INVESTIGATION REPORT**

COMES NOW Defendant Ada Otuka ("Defendant"), by and through undersigned counsel, and files this Statement of No Objection to the Presentence Investigation Report.

Having reviewed the Presentence Investigation Report filed October 26, 2026, Defendant has no objections to this report.

Dated: November 9, 2026.

Respectfully submitted,

By: */s/ Michael J. Wynne*
Michael J. Wynne
TX Bar No. 00785289
SDTX No. 0018569
GREGOR WYNNE ARNEY, PLLC
4265 San Felipe, Suite 700
Houston, Texas 77027
Telephone: (281) 450-7403
Email: mwynne@gwafirm.com

ATTORNEY FOR DEFENDANT
ADA OTUKA

**CERTIFICATE OF SERVICE**

I certify that on November 9, 2026, a true and correct copy of the foregoing instrument was served upon counsel of record by notice of electronic filing.

By: */s/ Michael J. Wynne*
Michael J. Wynne